UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| BRADLEY FEHRLE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CV422-232 |
| | ) |
| CITY OF SAVANNAH, CHATHAM | ) |
| COUNTY, ROBIE WALP, THE | ) |
| MAYOR AND ALDERMEN OF | ) |
| THE CITY OF SAVANNAH, and | ) |
| CHATHAM COUNTY, | ) |
| | ) |
| Defendants. | ) |

## ORDER

The parties' deadline to serve expert witness reports is April 8, 2023. Doc. 15 at 2 (Scheduling Order). Before the Court is Plaintiff Bradley Fehrle's Emergency Motion to Stay Proceedings, which seeks a stay of all deadlines pending disposition of Defendants The Mayor and Aldermen of the City of Savannah and Robie Walp's Motion to Dismiss, doc. 8. Doc. 24. Defendants' deadline to respond to Plaintiff's motion is April 10, 2023. *See* S.D. Ga. L. Civ. R. 7.5; doc. 24 at 3 n.2 (Plaintiff represents that "Defense counsel indicated they would not consent to a stay.").

1

Since Defendants' deadline to respond to Plaintiff's stay request is after the parties' deadline for serving expert witness reports, the remaining deadlines in the Scheduling Order, doc. 15, are temporarily **STAYED** pending disposition of Plaintiff's Emergency Motion to Stay Proceedings, doc. 24.  The Clerk is **DIRECTED** to lift this temporary stay upon disposition of the Motion to Stay Proceedings, doc. 24.  The Court will provide further instructions to the parties in its Order disposing of the Motion to Stay Proceedings.

**SO ORDERED**, this 28th day of March, 2023.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA