**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION**

| | | |
|---|---|---|
| BRADLEY FEHRLE, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action File No. |
| | ) | |
| THE MAYOR AND ALDERMEN OF THE | ) | 4:22-cv-00232-RSB-CLR |
| CITY OF SAVANNAH, CHATHAM | ) | |
| COUNTY, and ROBIE WALP, | ) | |
| | ) | |
|     Defendants. | ) | |

**STATUS REPORT**

With the discovery period having now concluded in the above captioned case, the Parties

make the following report to the Court.

**I.      DISCOVERY**

    A.  Is all discovery completed in this case?

        ☒ Yes          ☐ No

- If "No", please list what discovery is remaining:

    B.  Are there any discovery issues which have been or will be brought before the Court for resolution?

        ☐ Yes          ☒ No

- If "Yes", please briefly explain:

## II. SETTLEMENT

    A.  Have the parties made efforts to resolve this case?

       ☐ Yes        ☒ No

- If "Yes", please explain those efforts:

    B.  Are the parties prepared to discuss settlement of this case with the Court at this time?

       ☒ Yes        ☐ No

- If "No", please explain:

    C.  Are there any third parties and/or lien holders that should be included in any settlement discussions for this case?

       ☐ Yes        ☒ No

- If "Yes", please list those parties:

    D.  The Parties propose the following agreed upon dates, prior to the deadline for filing motions, for conducting a status conference. (*Please provide several dates for the Court's consideration in scheduling. Regardless of whether the Parties seek to discuss settlement, the Court may require that each party have a representative with full settlement authority present.*)

       The parties propose June 27th (anytime before 2:00 p.m.) or 28th (anytime after 10:00 a.m.) for the status conference. If neither date is acceptable for the Court the parties will diligently work to identify alternate dates.

v1

### III.    MOTIONS

A.  The Plaintiff(s) anticipate filing the following Motions:

☒    None

☐    Motion for Summary Judgment

☐    Motion to Exclude Expert Testimony

☐    Other Motion(s) (Except for Motions in Limine), please explain:

B.  The Defendant(s) anticipate filing the following Motions:

☐    None

☒    Motion for Summary Judgment

☒    Motion to Exclude Expert Testimony

☒    Other Motion(s) (Except for Motions in Limine), please explain:

Motion to Strike the Declaration of Dr. Daniel Schere

### IV.    ADDITIONAL MATTERS

If there are any other matters regarding this case that the Parties seek to bring to the Court's attention at this time, please briefly explain:

None.

Dated:  June 9, 2023

/s/ Matthew A. Ericksen, Sr.
Counsel for Plaintiff

/s/ Taylor L. Dove
Counsel for Defendants Robie Walp and Savannah


/s/ Andre Pretorius
Counsel for Defendant Chatham County