# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| BRADLEY FEHRLE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action File No. |
| | ) |
| THE MAYOR AND ALDERMEN OF THE | ) 4:22-cv-00232-RSB-CLR |
| CITY OF SAVANNAH, CHATHAM | ) |
| COUNTY, and ROBIE WALP, | ) |
| | ) |
| Defendants. | ) |

## JOINT NOTICE OF SETTLEMENT AS TO PLAINTIFF AND CHATHAM COUNTY

Plaintiff Bradley Fehrle and defendant Chatham County hereby notify the Court that they recently reached a settlement. Plaintiff and Chatham County anticipate needing approximately 30 days to finalize the release documents, exchange the settlement funds, and conclude the settlement. Plaintiff will thereafter file a dismissal with prejudice of all claims against Chatham County.

Plaintiff's cause of action will continue against the two remaining defendants, Robie Walp and The Mayor and Aldermen of the City of Savannah.

Respectfully submitted this 9th day of July, 2023.

                          **THE ERICKSEN FIRM, LLC**

                          */s/ Matthew A. Ericksen, Sr.*
                          **MATTHEW A. ERICKSEN, SR.**
                          Georgia Bar No.: 304088
                          *Attorney for Plaintiff*

708 Holcomb Bridge Road
Norcross, Georgia 30071
(404) 909-4354
matthew@ericksenfirm.com

CHATHAM COUNTY ATTORNEY'S OFFICE

*/s/ Andre Pretorius*
**R. JONATHAN HART**
Georgia Bar No.: 333692
**ANDRE PRETORIUS**
Georgia Bar No.: 298154
*Attorneys for Chatham County*

P.O. Box 8161
Savannah, Georgia 31412
(912) 652-7881
rjhart@chathamcounty.org
anpretorius@chathamcounty.org

## CERTIFICATE OF SERVICE

This is to certify that I have this date served a true and accurate copy of the within and foregoing *JOINT NOTICE OF SETTLEMENT AS TO PLAINTIFF AND CHATHAM COUNTY* by e-filing the document into the CM/ECF filing system which will automatically send e-mail notification of such filing to the following attorneys of record:

Bradley M. Harmon
Taylor L. Dove
**HUNTER, MACLEAN, EXLEY & DUNN, P.C.**
200 East Saint Julian Street
Post Office Box 9848
Savannah, Georgia 31412-0048

R. Bates Lovett
Jennifer N. Herman
**OFFICE OF THE CITY ATTORNEY**
P.O. Box 1027
Savannah, Georgia 31402

R. Jonathan Hart
Andre Pretorius
**CHATHAM COUNTY ATTORNEY'S OFFICE**
P.O. Box 8161
Savannah, Georgia 31412

This 9th day of July, 2023.

**THE ERICKSEN FIRM, LLC**

*/s/ Matthew A. Ericksen, Sr.*
**MATTHEW A. ERICKSEN, SR.**
Georgia Bar No.: 304088
*Attorney for Plaintiff*

708 Holcomb Bridge Road
Norcross, Georgia 30071
(404) 909-4354
matthew@ericksenfirm.com