# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| BRADLEY FEHRLE, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action File No. |
| THE MAYOR AND ALDERMEN OF THE CITY OF SAVANNAH, and ROBIE WALP, | ) 4:22-cv-00232-RSB-CLR |
| Defendants. | ) |

## MOTION FOR LEAVE OF ABSENCE

COMES NOW Matthew A. Ericksen, Sr., counsel for Plaintiff Bradley Fehrle, pursuant to Local Rule 83.9, and hereby moves the Court for a leave of absence from September 12, 2024 through September 20, 2024. The reason for the leave of absence is family vacation. Opposing counsel is hereby notified of this leave request.

Respectfully submitted this 11th day of August, 2024.

                                            **THE ERICKSEN FIRM, LLC**

                                            */s/ Matthew A. Ericksen, Sr.*
                                            **MATTHEW A. ERICKSEN, SR.**
                                            Georgia Bar No.: 304088
                                            *Attorney for Plaintiff*

3480 Preston Ridge Road
Suite 500
Alpharetta, Georgia 30005
Phone: (404) 909-4354
matthew@ericksenfirm.com

# CERTIFICATE OF SERVICE

This is to certify that I have this date served a true and accurate copy of the within and foregoing *MOTION FOR LEAVE OF ABSENCE* by e-filing the document into the CM/ECF filing system which will automatically send e-mail notification of such filing to the following attorneys of record:

Bradley M. Harmon
Taylor L. Dove
**HUNTER, MACLEAN, EXLEY & DUNN, P.C.**
200 East Saint Julian Street
Post Office Box 9848
Savannah, Georgia 31412-0048

R. Bates Lovett
Jennifer N. Herman
**OFFICE OF THE CITY ATTORNEY**
P.O. Box 1027
Savannah, Georgia 31402

This 11th day of August, 2024.

        **THE ERICKSEN FIRM, LLC**

        */s/ Matthew A. Ericksen, Sr.*
        **MATTHEW A. ERICKSEN, SR.**
        Georgia Bar No.: 304088
        *Attorney for Plaintiff*

3480 Preston Ridge Road
Suite 500
Alpharetta, Georgia 30005
Phone: (404) 909-4354
matthew@ericksenfirm.com