IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| BRADLEY FEHRLE, | |
| Plaintiff, | CIVIL ACTION NO.: 4:22-cv-232 |
| v. | |
| ROBIE WALP, | |
| Defendant. | |

## TRIAL PREPARATION SCHEDULING ORDER

With the parties having held a conference pursuant to the Order and Notice of Trial Preparation Requirements and the Court having conducted a Trial Preparation Scheduling Conference with the parties on September 24, 2024, the Court issues the following deadlines in anticipation of trial in this case.

| | |
|---|---|
| Deadline for *de bene esse* depositions | October 15, 2024 |
| Deadline for filing of witness lists | October 29, 2024 |
| Deadline for filing of deposition designations | November 14, 2024 |
|    Deadline for objections to deposition designations | December 2, 2024 |
|    Deadline for responses to objections to deposition designations | December 9, 2024 |

| | |
|---|---:|
| Deadline for filing of exhibit lists | November 14, 2024 |
|     Deadline for objections to exhibit lists | December 2, 2024 |
|     Deadline for responses to objections to exhibit lists | December 9, 2024 |
| Deadline for motions in limine | November 14, 2024 |
|     Deadline for responses to motions in limine | December 2, 2024 |
|     Deadlines for replies to responses to motions in limine | December 9, 2024 |
| Deadline for consolidated proposed pretrial order | January 13, 2025 |
| Deadline for proposed *voir dire* questions and proposed jury charges | January 13, 2025 |
|     Deadline for objections to proposed *voir dire* questions and proposed jury charges | January 20, 2025 |
| Pretrial Conference date | January 23, 2025 |
| First day of trial | February 4, 2025 |

**SO ORDERED**, this 24th day of September, 2024.

_____
R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA