IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| BRADLEY FEHRLE,<br><br>    Plaintiff,<br><br>v.<br><br>ROBIE WALP,<br><br>    Defendant. | CIVIL ACTION NO.: 4:22-cv-00232 |

**O R D E R**

Currently before the Court are Joint Deposition Designations for Witness Scott Robichaux, (doc. 145); Plaintiff's Objections to Defendant's Deposition Designations for Scott Robichaux, (doc. 146); and Defendant's Opposition to Plaintiff's Deposition Designations for Scott Robichaux, (doc. 147). Upon consideration and as set forth below, the Court rules as follows:

I. **Plaintiff's Objections. (Doc. 146.)**

   a. **Page 14, line 3 through page 20, line 2**

      The objection is **SUSTAINED** as to page 19, line 22 through page 20, line 2. The objection is **OVERRULED** to the extent it seeks the exclusion of any other testimony.

   b. **Page 38, line 23 through page 47, line 15**

      The objection is **SUSTAINED** as to page 40, line 24 through page 42, line 23 and as to page 43, line 18 through page 43, line 21. The objection is **OVERRULED** to the extent it seeks the exclusion of any other testimony.

   c. **Page 187, line 8 through page 190, line 7.**

    The objection is **SUSTAINED** to as page 187, line 8 through page 189, line 19. The objection is **OVERRULED** to the extent it seeks the exclusion of any other testimony.

## II.   Defendant's Objections.  (Doc. 147.)

   a.  **Page 49, line 19 through page 51, line 24**

    The objection is **OVERRULED**.

   b.  **Page 52, line 8 through page 62, line 21**

    The objection is **SUSTAINED** as to page 53, line 7 through page 61, line 18 and as to page 58, line 24 through page 59, line 25.  The objection is **OVERRULED** to the extent it seeks the exclusion of any other testimony.

   c.  **Page 63, line 9 through page 64, line 21**

    The objection is **OVERRULED**.

   d.  **Page 65, line 22 through page 68, line 9**

    The objection is **OVERRULED**.

   e.  **Page 71, line 16 through page 72, line 22**

    The objection is **OVERRULED**.

   f.  **Page 73, line 3 through page 73, line 13**

    The objection is **OVERRULED** to the extent it seeks the exclusion of any testimony.  Pursuant to Defendant's request, the parties are instructed to include in the deposition designation page 73, line 14 through page 73, line 25.

   g.  **Page 75, line 13 through page 76, line 21**

    The objection is **OVERRULED**.

   h.  **Page 77, line 5 through page 79, line 23.**

The objection is **OVERRULED** to the extent it seeks the exclusion of any testimony. Pursuant to Defendant's request, the parties are instructed to include in the deposition designation page 79, line 24 through page 80, line 11.

i. **Page 91, line 10 through page 94, line 25**

The objection is **SUSTAINED** as to page 93, line 11 through page 93, line 15. The objection is **OVERRULED** to the extent it seeks the exclusion of any other testimony.

j. **Page 96, line 10 through page 102, line 6**

The objection is **SUSTAINED** as to page 96, line 20 through page 96, line 21. The objection is **OVERRULED** to the extent is seeks the exclusion of any other testimony.

k. **Page 109, line 10 through page 110, line 15**

The objection is **OVERRULED** to the extent it seeks the exclusion of any testimony. Pursuant to Defendant's request, the parties are instructed to include in the deposition designation page 111, line 8 through page 111, line 17.

l. **Page 116, line 19 through page 118, line 1**

The objection is **OVERRULED**.

m. **Page 119, line 22 through page 121, line 3**

The objection is **OVERRULED** to the extent it seeks the exclusion of any testimony. Pursuant to Defendant's request, the parties are instructed to include in the deposition designation page 121, line 3 through page 121, line 10.

n. **Page 124, line 1 through page 124, line 16**

The objection is **OVERRULED**.

    o. **Page 124, line 23 through page 125, line 2**

        The objection is **OVERRULED**.

    p. **Page 125, line 13 through page 126, line 14**

        The objection is **OVERRULED**.

    q. **Page 127, line 1 through page 128, line 17**

        The objection is **SUSTAINED** as to page 127, line 16 through page 127 line 17 and as to page 128, line 8 through page 128, line 9. The objection is **OVERRULED** to the extent it seeks the exclusion of any other testimony.

    r. **Page 128, line 25 through page 130, line 21**

        The objection is **SUSTAINED** as to page 129, line 2. The objection is **OVERRULED** to the extent it seeks the exclusion of any other testimony. Pursuant to Defendant's request, the parties are instructed to include in the deposition designation page 130, line 22 through page 131, line 1.

    s. **Page 131, line 8 through page 134, line 18**

        The objection is **SUSTAINED** as to page 131, line 11 and page 132, line 23 through page 132, line 25. The objection is **OVERRULED** to the extent it seeks the exclusion of any other testimony.

    t. **Page 138, line 23 through page 140, line 21**

        The objection is **SUSTAINED** as to page 139, line 8 through 139, line 9; as to page 139, line 22 through page 139, line 23; and as to page 140, line 10 through page 140, line 11. The objection is **OVERRULED** to the extent it seeks the exclusion of any other testimony.

    u. **Page 159, line 18 through page 161, line 23**

    The objection is **SUSTAINED** as to page 159, line 22 through page 159, line 23. The objection is **OVERRULED** to the extent it seeks the exclusion of any other testimony. Pursuant to Defendant's request, the parties are instructed to include in the deposition designation page 161, line 24 through page 162, line 10.

  v. **Page 162, line 11 through page 164, line 20**

    The objection is **OVERRULED**.

  w. **Page 167, line 2 through page 167, line 19**

    The objection is **OVERRULED** to the extent it seeks the exclusion of any testimony. Pursuant to Defendant's request, the parties are instructed to include in the deposition designation page 167, line 20 through page 168, line 8 and page 168, line 10 through page 168, line 22.

  x. **Page 172, line 1 through page 172, line 10**

    The objection is **OVERRULED**.

  y. **Page 173, line 2 through page 174, line 8**

    The objection is **OVERRULED**.

  z. **Page 174, line 23 through page 177, line 13**

    The objection is **SUSTAINED** as to page 175, line 6 through page 175, line 7; as to page 175, line 16; as to page 176, line 2 through page 176, line 7; as to page 176, line 23 through page 176, line 24; and as to page 177, line 6 through page 177, line 13. The objection is **OVERRULED** to the extent it seeks the exclusion of any other testimony.

  aa. **Page 177, line 19 through page 180, line 1**

    The objection is **SUSTAINED**.

    **bb. Page 180, line 25 through page 182, line 6**

The objection is **SUSTAINED** as to page 181, line 2 through page 181 line 3. The objection is **OVERRULED** to the extent it seeks the exclusion of any other testimony.

**SO ORDERED**, this 3rd day of November, 2025.

_____
R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA