IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

BRADLEY FEHRLE,

    Plaintiff,

v.

ROBIE WALP,

    Defendant.

CIVIL ACTION NO.: 4:22-cv-232

**O R D E R**

The petit jury selected for the trial of the above-captioned case, being sequestered during the jury deliberations of said case by direction of this Court, is to be fed its regular meal at a place appropriate for the feeding of said jury. The Clerk for the Southern District of Georgia is hereby directed, pursuant to the provisions of Title 28, U.S.C. § 1871, to disburse to said eating establishment the sum so billed for these meals.

**SO ORDERED**, this 7th day of November, 2025.

R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA