AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

BRADLEY FEHRLE,

Plaintiff,

JUDGMENT IN A CIVIL CASE

**v.**

CASE NUMBER: 4:22-cv-232

THE MAYOR AND ALDERMEN OF THE
CITY OF SAVANNAH; and ROBIE WALP,

Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that in accordance with this Court's order dated March 29, 2024 granting in part and denying in part the Defendants' Motion for Summary Judgment, all claims against the City of Savannah are dismissed. Also, in accordance with this Court's Order dated May 19, 2026 all claims against Robie Walp are dismissed with prejudice subject to the terms of the Settlement Agreement. The Court retains jurisdiction to enforce the terms of the settlement agreement reached by Plaintiff and Defendant Walp. This case stands closed.

May 20, 2026
_____
*Date*

John E. Triplett, Clerk of Court
_____
*Clerk*

*James R. Burell*

_____
*(By) Deputy Clerk*

GAS Rev 10/2020